671 A.2d 120

IN THE MATTER OF HELENE L. EPSTEIN,
AN ATTORNEY AT LAW.

February 13, 1996.

## ORDER

The Disciplinary Review Board on October 27, 1995, having filed with the Court its decision concluding that **HELENE L. EPSTEIN** of **BELLEVILLE**, who was admitted to the bar of this State in 1986, should be suspended from the practice of law for a period of one year for violations of *RPC* 1.8 (entering into a business transaction with a client), *RPC* 1.3 (failure to properly record a second mortgage), and *RPC* 4.1 and *RPC* 8.4 (failure to disclose the existence of a second mortgage during the process of refinancing the first mortgage), and good cause appearing;

It is ORDERED that **HELENE L. EPSTEIN** is hereby suspended from practice for a period of one year, effective March 1, 1996, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.